

December 5, 2023

The Honorable Angela D. Caesar, Clerk of Court
U.S. District Court for the District of Columbia
333 Constitution Ave, NW
Washington, DC  20001

Re: PRESERVATION SOCIETY OF NEWPORT COUNTY v. HAALAND et al
     Case No. 1:23-cv-03510


Dear Ms. Caesar:

Plaintiff Preservation Society of Newport County received a DCD_ECF notice of a Minute Order that the Court requested our position regarding the Motion to Intervene by proposed intervenor South Fork Wind, LLC.

In accordance with the Court's instruction, we do not intend to oppose the Motion. Plaintiff denies various allegations contained in the Proposed Answer and reserves the right to respond at the appropriate time if the Court grants the Motion to Intervene.


Respectfully submitted,

William J. Cook