UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **PRESERVATION SOCIETY OF NEWPORT COUNTY,**<br><br>Plaintiff,<br><br>v.<br><br>**DEB HAALAND,** *et al.*<br><br>Defendants. | Case No. 23-cv-03510 (APM) |
| **SOUTHEAST LIGHTHOUSE FOUNDATION,**<br><br>Plaintiff,<br><br>v.<br><br>**DEB HAALAND,** *et al.*<br><br>Defendants. | Case No. 23-cv-03514 (APM) |

**ORDER**

On November 22, 2023, Plaintiff Preservation Society of Newport County and Plaintiff Southeast Lighthouse Foundation each filed a complaint against Defendants seeking relief under the Administrative Procedure Act ("APA"), 5 U.S.C. § 551 *et seq*. Compl., ECF No. 1; Compl., ECF No. 1, No. 23-cv-3514 (APM). The two actions were consolidated on December 20, 2023. Order, ECF No. 17. Defendant filed an Answer to each complaint on February 2, 2024. ECF Nos. 21, 22. APA cases are exempt from the requirements of Federal Rule of Civil Procedure 26(f) and Local Civil Rule 16.3 because they require review of an administrative record. *See* LCvR 16.3(b)(1); *Nat'l Ass'n of Postal Supervisors v. U.S. Postal Serv.*, No. 19-cv-2236, 2023 WL

5221367, at *5 (D.D.C. Aug. 15, 2023) ("It is black-letter law that review of agency action under the APA is limited to the administrative record, subject to certain limited exceptions.").

Accordingly, it is hereby ordered that the parties shall meet and confer and file a Joint Status Report on or before February 16, 2024, which proposes a consolidated briefing schedule for dispositive motions. Counsel shall not contact chambers concerning scheduling or other matters, as chambers personnel will not handle questions relating to the status or scheduling of pending matters, except in case of an emergency. In an emergency, chambers can be reached at 202-354-3250.

Dated: February 5, 2024

Amit P. Mehta
United States District Court Judge