**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| PRESERVATION SOCIETY OF NEWPORT COUNTY, )<br>)<br>Plaintiffs, )<br>v. )<br>)<br>DEB HAALAND, *et al.*, )<br>)<br>Defendants, )<br>)<br>and )<br>)<br>SOUTH FORK WIND, LLC, )<br>)<br>Defendant-Intervenor. ) | Case No.: 1:23-cv-03510-APM |
| SOUTHEAST LIGHTHOUSE FOUNDATION, )<br>)<br>*Plaintiff*, )<br>)<br>v. )<br>)<br>DEB HAALAND, *et al.*, )<br>)<br>*Defendants*, )<br>)<br>and )<br>)<br>SOUTH FORK WIND, LLC, )<br>)<br>*Defendant-Intervenor*. ) | Case No.:  1:23-cv-03514-APM |

|  |  |
|---|---|
| GREEN OCEANS, *et al.*,               )<br>                                                     )<br>              Plaintiffs,                     )<br>     v.                                            )<br>                                                     )<br>UNITED STATES DEPARTMENT OF THE )<br>INTERIOR, *et al.*,                     )<br>                                                     )<br>              Defendant.                   ) | Case No. 1:24-cv-1087-APM |

**UNOPPOSED MOTION FOR EXTENSION OF TIME
TO FILE JOINT STATUS REPORT**

On April 22, 2024, the Court sua sponte consolidated the claims relating to the South Fork Wind Project in *Green Oceans v. U.S. Department of the Interior*, Case No. 1:24-cv-01087-APM with *Preservation Society of Newport County v. Haaland*, Case No. 1:23-cv-3510-APM.  The Court requested that the parties submit a Joint Status Report addressing specific matters by April 24, 2024.  The Parties have conferred and discussed the Court's questions, but are unable to submit a joint report today due to the time constraints on Federal Defendants.  Federal Defendants request an additional three days for the parties file their Joint Status Report, making the Report due on April 29, 2024. Counsel for Plaintiffs Green Oceans do not oppose this motion for an extension, and counsel for Plaintiffs Preservation Society of Newport County and Southeast Lighthouse Foundation consent to this motion, as do counsel for Defendant-Intervenors South Fork Wind, LLC.

The additional time is necessary for several reasons.  First, the CM/ECF system did not provide notice of the consolidation or Order to the parties in the *Preservation Society of Newport County* or *Southeast Lighthouse Foundation* cases and counsel for

Plaintiffs in that case did not receive a copy until April 22, 2024. Their participation is necessary for the JSR. Second, Federal Defendants have not been able to get the necessary client review and approvals due to the short turnaround time for this Joint Status Report. This is in part due to the need for counsel for Federal Defendants and South Fork Wind, LLC to respond to a motion for a stay, which is in essence a motion for preliminary injunction, in the *Green Oceans* case against the Department of the Interior challenging the Revolution Wind Project before Judge Lamberth, Case No. 1:24-cv-141. The motion was filed on April 18, and counsel for Federal Defendants and South Fork Wind, LLC must respond by April 25, 2024.

For the foregoing reasons, Federal Defendants request that the deadline for filing the JSR be extended up to and including April 29, 2024.

Dated: April 24, 2024
TODD KIM
Assistant Attorney General
Environment & Natural Resources Division
U.S. Department of Justice

/s *Devon Lehman McCune*
DEVON LEHMAN McCUNE
United States Department of Justice
Environment & Natural Resources Division
Natural Resources Section
999 18th St., S. Terrace, Suite 370
Denver, CO 80202
Tel: 303-844-1487
Email: devon.mccune@usdoj.gov
ESOSA AIMUFUA
United States Department of Justice
Environment & Natural Resources Division
Natural Resources Section
P.O. Box 7611
Washington, DC 20044-7611
Tel: 202-532-3818
Email: Esosa.Aimufua@usdoj.gov

*Attorneys for Federal Defendants*

/s *Roger J. Marzulla* per permission given 4/24/24
Roger J. Marzulla
Nancie G. Marzulla
MARZULLA LAW, LLC
1150 Connecticut Ave NW,
Suite 1050
Washington, DC 20036
(202) 822-6760
roger@marzulla.com
nancie@marzulla.com
Bar No. 394907
Bar No. 400985

*Attorneys for Green Oceans*

/s *William J. Cook* per permission given on 4/24/24
William J. Cook, Bar No. SC0009
CULTURAL HERITAGE PARTNERS, PLLC
2101 L Street NW; Ste. 300
Washington, DC 20037
Tel: (202) 567-7594
Email: will@culturalheritagepartners.com

*Attorneys for Preservation Society of Newport County and Southeast Lighthouse Foundation*

/s *Stacey L. VanBelleghem* per permission given on 4/23/24
Janice M. Schneider (D.C. Bar No. 472037)
Stacey L. VanBelleghem (D.C. Bar. No. 988144)
Devin M. O'Connor (D.C. Bar No. 1015632)
LATHAM & WATKINS LLP
555 11th Street NW, Suite 1000
Washington, D.C. 20004
Tel: (202) 637-2200
Fax: (202) 637-2201
Email: janice.schneider@lw.com
stacey.vanbelleghem@lw.com
devin.o'connor@lw.com

*Attorneys for Defendant-Intervenor South Fork Wind, LLC*