**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| PRESERVATION SOCIETY OF NEWPORT COUNTY, ) ) ) ) | |
| Plaintiffs, ) ) v. ) ) DEB HAALAND, *et al.*, ) ) Defendants, ) ) and ) ) SOUTH FORK WIND, LLC, ) ) Defendant-Intervenor. ) ) | Case No.: 1:23-cv-03510-APM |
| SOUTHEAST LIGHTHOUSE FOUNDATION, ) ) ) ) *Plaintiff*, ) ) v. ) ) DEB HAALAND, *et al.*, ) ) *Defendants*, ) ) and ) ) SOUTH FORK WIND, LLC, ) ) *Defendant-Intervenor*. ) ) | Case No.: 1:23-cv-03514-APM |

|  |  |
|---|---|
| GREEN OCEANS, *et al.*,<br><br>            Plaintiffs,<br>    v.<br><br>UNITED STATES DEPARTMENT OF THE INTERIOR, *et al.*,<br><br>            Defendant. | Case No. 1:24-cv-1087-APM |

**[PROPOSED] ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE JOINT STATUS REPORT**

This matter having come before the Court on the Unopposed Motion for Extension of Time to File Joint Status Report, the Court hereby GRANTS the motion. The Parties shall file a Joint Status Report addressing specific matters by April 29, 2024.

Dated: April ___, 2024

_____
The Honorable Amit P. Mehta
United States District Judge