# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PRESERVATION SOCIETY OF NEWPORT COUNTY,  )<br>  )<br>    *Plaintiff*,  )<br>  )<br>  v.  )<br>  )<br>DEB HAALAND, *et al.*,  )<br>  )<br>    *Defendants*,  )<br>  )<br>  and  )<br>  )<br>SOUTH FORK WIND, LLC,  )<br>  )<br>    *Defendant-Intervenor*.  )<br>_____)| Case No.: 1:23-cv-03510-APM |
| SOUTHEAST LIGHTHOUSE FOUNDATION,  )<br>  )<br>    *Plaintiff*,  )<br>  )<br>  v.  )<br>  )<br>DEB HAALAND, *et al.*,  )<br>  )<br>    *Defendants*,  )<br>  )<br>  and  )<br>  )<br>SOUTH FORK WIND, LLC,  )<br>  )<br>    *Defendant-Intervenor*.  )<br>_____)| Case No.: 1:23-cv-03514-APM |
| GREEN OCEANS, *et al.*,  )<br>  )<br>    *Plaintiffs*,  )<br>  )<br>  v.  )<br>  )<br>UNITED STATES DEPARTMENT OF THE  )<br>INTERIOR, *et al.*,  )<br>  )<br>    Defendants.  )| Case No.: 1:24-cv-01087-APM |

**Joint Status Report**

On April 22, 2024, the Court sua sponte consolidated the claims relating to the South Fork Wind Project in *Green Oceans v. U.S. Department of the Interior*, Case No. 1:24-cv-01087-APM with *Preservation Society of Newport County v. Haaland*, Case No. 1:23-cv-03510-APM. The Court requested that the parties submit a Joint Status Report addressing specific matters. The parties have conferred and now file the following report:

**A.      Proposal for dates by which the Green Oceans Plaintiffs shall file an amended complaint and Defendants an answer or other responsive pleading**

The parties have agreed that Plaintiffs, Green Oceans et al., will file their Amended Complaint on or before May 8, 2024, and that the Government and proposed Defendant-Intervenors will file their Answers to Complaint or other responsive pleading on or before July 8, 2024.

**B.      Intervention by South Fork Wind, LLC**

The parties have agreed that they will not file opposition to intervention by South Fork Wind, LLC, so no briefing schedule for intervention is required.

**C.      Whether the Green Oceans Plaintiffs intend to file a motion to supplement the administrative record**

**Green Oceans states:**

The administrative record filed by the Government on March 4, 2024 is incomplete and must be supplemented with additional agency documents. Because the National Marine Fisheries Service and the United States Army Corps of Engineers were not named as defendants in the Preservation Society of Newport County or Southeast Lighthouse Foundation cases, they will need to compile their administrative records and file the administrative record indices with the Court. The Government proposes that the indices of those administrative records be filed with

1

the Court and the records served on the parties by August 7, 2024, consistent with Local Rule Civil Procedure 7(n). Green Oceans should then have 30 days to file a motion to supplement this newly filed record.

Green Oceans should also have the opportunity to review and file a motion to supplement the existing administrative record in this case. Because the scheduled date for filing a motion to supplement passed before Green Oceans' case was transferred to this Court and consolidated with the Preservation Society case, Green Oceans has not yet had the opportunity to either review the record (indeed, the Government has not yet provided it to Green Oceans) or to identify any omissions. Accordingly, Green Oceans requests that following receipt of the record they be allowed 30 days to file a motion to supplement the record, if necessary.

**Defendants' state:**

The South Fork Wind project is constructed and now delivering electricity to the New York electric grid.  The deadline for objections to the administrative record to be filed in *Preservation Society of Newport County* and *Southeast Lighthouse Foundation* has already passed.  Federal Defendants will be providing the parties with a supplement to the administrative record on May 6.

Green Oceans involves defendants and claims beyond those involved in the Preservation Society of Newport County and Southeast Lighthouse Foundation cases already consolidated before this Court.  The Preservation Society of Newport County and Southeast Lighthouse Foundation plaintiffs bring claims against the Department of the Interior under the National Environmental Policy Act (NEPA) and the National Historic Preservation Act (NHPA).  The Green Oceans plaintiffs bring claims against the Department of the Interior, but also against the National Marine Fisheries Service and the United States Army Corps of Engineers.  The Green

Oceans plaintiffs also raise claims under the Marine Mammal Protection Act, Migratory Bird Treaty Act, Coastal Zone Management Act, Outer Continental Shelf Lands Act, Endangered Species Act, and Clean Water Act in addition to the NEPA and NHPA. Because the National Marine Fisheries Service and the United States Army Corps of Engineers were not named as defendants in the Preservation Society of Newport County or Southeast Lighthouse Foundation cases, they will need to compile their administrative records and file the administrative record indices with the Court. The parties propose that if these agencies do not move to have all the claims asserted against them dismissed, they will file the indices of those administrative records with the Court and serve the records on the parties by August 7, 2024, consistent with Local Rule Civil Procedure 7(n).

D. **Whether the Green Oceans Plaintiffs are able to meet the schedule entered on the Preservation Society of Newport County docket**

Given that Green Oceans Plaintiffs will file an amended complaint by May 8, 2024, and Federal Defendants will file additional administrative records by August 7, as well as in consideration of Defendants' anticipated motions to dismiss the Green Oceans case on numerous grounds, the parties agree that the current briefing schedule entered on February 17, 2024, ECF No. 25, for *Preservation Society of Newport County* cannot accommodate the *Green Oceans* case. The parties agree on the proposed schedule for the Green Oceans plaintiffs but disagree as to whether the Green Oceans plaintiffs should proceed on the same schedule as the consolidated cases. The parties agree to the following proposed schedule for the Green Oceans plaintiffs:

    a. Plaintiffs file their Amended Complaint by May 8, 2024

    b. Defendants respond to the Amended Complaint by July 8, 2024.

    c. Briefing on motions to dismiss, if any, follow the timelines set forth in the local rules.

    d.   If any agencies do not move to have all the claims asserted against them dismissed, those agencies will file administrative record indices with the Court by August 7, 2024.

The parties also propose that they submit a schedule for briefing cross-motions for summary judgment either within 7 days after the Court's order on any motion to dismiss or by July 18, 2024, if no motions are filed.

**Green Oceans Plaintiffs' and Preservation Society Plaintiffs state:**

To avoid inconsistent rulings on the same federal NEPA and NHPA final agency actions in these consolidated cases, Green Oceans and Preservation Society Plaintiffs propose that the Court vacate the briefing schedule order entered on February 17, 2024 and order the plaintiffs to proceed on a consolidated schedule. Green Oceans' case was consolidated with Preservation Society after the government moved to sever and reassign Green Oceans challenge, arguing that "because Judge Mehta is already overseeing a consolidated case challenging federal approval of the South Fork Project, transferring Plaintiffs' claims regarding the South Fork Project to Judge Mehta would serve the interests of judicial economy and avoid the risk of inconsistent rulings."[1] In granting the government's motion to sever, Judge Lamberth explained that "although the [South Fork] claims in this case involve additional statutes absent from the consolidated cases before Judge Mehta, they overlap in asserting claims under the National Environmental Policy Act and the National Historic Preservation Act, creating the risk of inconsistent rulings."[2]

---

[1] *See Green Oceans, et al. v. United States*, Civ. No. 1:24-cv-00141-RCL, ECF No. 20-1 (March 5, 2024).
[2] *Green Oceans, et al. v. United States*, Civ. No. 1:24-cv-00141-RCL, ECF No. 25 at 5 (April 10, 2024).

4

In addition, all parties were informed on April 28, 2024, that legal counsel to the Wampanoag Tribe of Gay Head Aquinnah may file a motion to intervene in this case as an interested third party with respect to the NHPA and NEPA claims of all Plaintiffs. In the April 28 email, counsel for the tribe stated:

> We understand that a joint status report is due tomorrow and that a new scheduling order is likely to follow. We write to inform you that the Tribe may very well decide to seek intervention and to ask that time be built into any scheduling order to allow for Aquinnah (and potentially other tribes) to seek intervention prior to any motions or briefing on the merits of the claims. . . .

In addition, Preservation Society Plaintiffs propose they submit a schedule for briefing cross-motions for summary judgment on the historic preservation-related NEPA and NHPA claims either within 7 days after the Court's order on any motion to dismiss or by July 18, 2024, if no motions are filed.

**Defendants' Proposal:**

Federal Defendants and South Fork Wind, LLC propose that the cases proceed on a bifurcated schedule. In addition to the *Green Oceans* case having different plaintiffs and additional claims and defendants, Federal Defendants and South Fork Wind, LLC, anticipate moving to dismiss some or all of the *Green Oceans* claims under Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure.

Thus, in order to avoid delay of the *Preservation Society of Newport County* and *Southeast Lighthouse Foundation* cases, which already have the administrative record filed and Plaintiffs' summary judgment briefs due in less than a month, Federal Defendants and South Fork Wind propose that those cases proceed on the schedule already established to avoid prejudice to Defendants.

If the Court determines that all the cases should proceed on the same schedule, Defendants request that the Court vacate the briefing schedule entered on February 17, 2024, and require the parties follow the schedule proposed for *Green Oceans* above. If the Green Oceans case is dismissed in whole or in part, the parties shall submit a revised briefing schedule to the court within 7 days of the Court's order on any motion to dismiss.

On April 28, 2024, legal counsel to the Wampanoag Tribe of Gay Head Aquinnah informed counsel for Defendants that it has not yet determined whether the Tribe will file a motion to intervene in this case.

E.  **Consolidated briefing by Plaintiffs**

Should the Court determine that the cases should proceed on the same schedule, all Plaintiffs would agree to file consolidated briefs, but would seek leave to request that the Court allow an appropriate enlargement of brief length to accommodate adequate discussion of the issues by all Plaintiffs. Defendants state that to date, Plaintiffs have not proposed a specific enlargement for Defendants to consider.

Dated:  April 29, 2024

*/s Roger J. Marzulla*
Roger J. Marzulla
Nancie G. Marzulla
MARZULLA LAW, LLC
1150 Connecticut Ave NW,
Suite 1050
Washington, DC 20036
(202) 822-6760
roger@marzulla.com
nancie@marzulla.com
Bar No. 394907
Bar No. 400985
*Attorneys for Green Oceans*

*/s William J. Cook*
William J. Cook, Bar No. SC0009
CULTURAL HERITAGE PARTNERS, PLLC
2101 L Street NW; Ste. 300
Washington, DC 20037
Tel: (202) 567-7594
Email: will@culturalheritagepartners.com
*Attorneys for Plaintiffs Preservation Society of Newport County and Southeast Lighthouse Foundation*

TODD KIM
Assistant Attorney General
Environment & Natural Resources Division
U.S. Department of Justice


*/s Devon Lehman McCune*
DEVON L. McCUNE, Senior Trial Attorney
United States Department of Justice
Environment & Natural Resources Division
Natural Resources Section
999 18th St., S. Terrace, Suite 370
Denver, CO 80202
Tel:  303-844-1487
Email:  devon.mccune@usdoj.gov

ESOSA AIMUFUA
United States Department of Justice
Environment & Natural Resources Division
Natural Resources Section
P.O. Box 7611
Washington, DC 20044-7611
Tel: 202-532-3818
Email: Esosa.Aimufua@usdoj.gov
*Attorneys for Federal Defendants*

*/s Janice M. Schneider*
Janice M. Schneider (D.C. Bar No. 472037)
Stacey L. VanBelleghem (D.C. Bar. No. 988144)
Devin M. O'Connor (D.C. Bar No. 1015632)
LATHAM & WATKINS LLP
555 11th Street NW, Suite 1000
Washington, D.C.  20004
Tel:  (202) 637-2200
Fax:  (202) 637-2201
Email:  janice.schneider@lw.com

7

[stacey.vanbelleghem@lw.com](mailto:stacey.vanbelleghem@lw.com)
devin.o'connor@lw.com
*Attorneys for Defendant-Intervenor South Fork Wind, LLC*