# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PRESERVATION SOCIETY OF NEWPORT COUNTY,<br>　　　　*Plaintiff,*<br>　　v.<br><br>DEB HAALAND, *et al.*,<br>　　　　*Defendants,*<br>　　and<br><br>SOUTH FORK WIND, LLC<br>　　　　*Defendant-Intervenor* | Case No.: 1:23-cv-03510-APM |
| SOUTHEAST LIGHTHOUSE FOUNDATION,<br>　　　　*Plaintiff*,<br>　　v.<br><br>DEB HAALAND, *et al.*,<br>　　　　*Defendants*,<br>　　and<br><br>SOUTH FORK WIND, LLC<br>　　　　*Defendant-Intervenor* | Case No.: 1:23-cv-03514-APM |
| GREEN OCEANS, *et al.*,<br>　　　　*Plaintiffs*,<br>　　v.<br><br>UNITED STATES DEPARTMENT OF THE INTERIOR, *et al.*,<br>　　　　*Defendants*,<br>　　and<br><br>SOUTH FORK WIND, LLC<br>　　　　*Proposed Defendant-Intervenor* | Case No.: 1:24-cv-01087-APM |

# ORDER GRANTING UNOPPOSED MOTION TO INTERVENE AND TO DEFER FILING ANSWER

Upon consideration of the Unopposed Motion to Intervene and to Defer Filing Answer filed by South Fork Wind, LLC ("South Fork Wind"), the relevant briefing and legal authorities, and the other submissions before this Court,

**IT IS HEREBY ORDERED** that South Fork Wind's Unopposed Motion to Intervene of right under Federal Rule of Civil Procedure 24(a) in case number 24-cv-01087 (this "Case") is GRANTED; and

**IT IS FURTHER ORDERED** that Defendant-Intervenor South Fork Wind shall file its Answer or other responsive pleading in this Case by the same deadline as Federal Defendants or three days after the entry of this Order, whichever is later.

**SO ORDERED** on this ____ day of _____, 2024.

_____
Honorable Amit P. Mehta
United States District Judge