**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| PRESERVATION SOCIETY OF NEWPORT COUNTY,<br>　　　　　*Plaintiff*,<br><br>　　　v.<br><br>DEB HAALAND, *et al.*,<br>　　　　　*Defendants*,<br><br>　　　and<br><br>SOUTH FORK WIND, LLC,<br>　　　　　*Defendant-Intervenor*. | Case No.:  1:23-cv-03510-APM |
| SOUTHEAST LIGHTHOUSE FOUNDATION,<br>　　　　　*Plaintiff*,<br><br>　　　v.<br><br>DEB HAALAND, *et al.*,<br>　　　　　*Defendants*,<br><br>　　　and<br><br>SOUTH FORK WIND, LLC,<br>　　　　　*Defendant-Intervenor*. | Case No.:  1:23-cv-03514-APM |
| GREEN OCEANS, *et al.*,<br>　　　　　*Plaintiff*,<br><br>　　　v.<br><br>UNITED STATES DEPARTMENT OF THE INTERIOR, *et al.,*<br>　　　　　*Defendants*,<br><br>　　　and<br><br>SOUTH FORK WIND, LLC,<br>　　　　　*Defendant-Intervenor*. | Case No.:  1:24-cv-01087-APM |

# [PROPOSED] ORDER

Upon consideration of the parties' cross-motions for summary judgment and the briefs in support and opposition, it is hereby ORDERED that Defendant-Intervenor's Motion for Summary Judgment is GRANTED and Plaintiffs' Motion for Summary Judgment is DENIED.

SO ORDERED.

Date: _____

_____
Amit P. Mehta
United States District Judge