**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| PRESERVATION SOCIETY OF NEWPORT COUNTY, | ) | |
| | ) | |
| | ) | |
| *Plaintiff*, | ) | |
| | ) | |
| v. | ) | Case No.: 1:23-cv-03510-APM |
| | ) | |
| DEB HAALAND, *et al.*, | ) | Case No.: 1:23-cv-03514-APM |
| | ) | |
| *Defendants*, | ) | Case No.: 1:24-cv-01087-APM |
| | ) | |
| and | ) | |
| | ) | |
| SOUTH FORK WIND, LLC, | ) | |
| | ) | |
| *Defendant-Intervenor*. | ) | |
| | ) | |

**FEDERAL DEFENDANTS' MOTION TO DISMISS *GREEN OCEANS* PLAINTIFFS'
FIRST AMENDED COMPLAINT (ECF No. 34)**

Federal Defendants move to dismiss the *Green Oceans* Plaintiffs' First Amended Complaint (ECF No. 34) in the above-captioned action pursuant to Rule 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure. This Motion is based on the accompanying Memorandum and argument that may be presented to, or at, any hearing on this Motion. For the reasons provided in the accompanying Memorandum, Federal Defendants respectfully request that the Court grant their motion to dismiss and dismiss Plaintiffs' First Amended Complaint with prejudice.

Dated: July 8, 2024                    Respectfully submitted,

TODD KIM
Assistant Attorney General
Environment & Natural Resources Division
U.S. Department of Justice


*/s/ Devon Lehman McCune*
DEVON LEHMAN McCUNE
United States Department of Justice

Environment & Natural Resources Division
Natural Resources Section
999 18th St., S. Terrace, Suite 370
Denver, CO 80202
Tel: 303-844-1487
Email: devon.mccune@usdoj.gov

ESOSA AIMUFUA
United States Department of Justice
Environment & Natural Resources Division
Natural Resources Section
P.O. Box 7611
Washington, DC 20044-7611
Tel: 202-532-3818
Email: Esosa.Aimufua@usdoj.gov

SARAH IZFAR
United States Department of Justice
Environment & Natural Resources Division
Environmental Defense Section
P.O. Box 7611
Washington, DC 20044-7611
Tel: 202-305-0498
Email: sarah.izfar@usdoj.gov

MICHELLE M. SPATZ
United States Department of Justice
Environment & Natural Resources Division
Wildlife and Marine Resources Section
P.O. Box 7611
Washington, DC 20044-7611
Tel: 202-598-9741
Email: michelle.spatz@usdoj.gov

*Attorneys for Federal Defendants*

2