# EXHIBIT 1

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| PRESERVATION SOCIETY OF NEWPORT COUNTY, | ) ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| v. | ) | Case No.: 1:23-cv-03510-APM |
| | ) | |
| DEB HAALAND, *et al.*, | ) | Hon. Amit P. Mehta |
| | ) | |
| *Defendants,* | ) | |
| | ) | |
| and | ) | |
| | ) | |
| SOUTH FORK WIND, LLC, | ) | |
| | ) | |
| *Defendant-Intervenor.* | ) | |
| SOUTHEAST LIGHTHOUSE FOUNDATION, | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| v. | ) | Case No.: 1:23-cv-03514-APM |
| | ) | |
| DEB HAALAND, *et al.*, | ) | Hon. Amit P. Mehta |
| | ) | |
| *Defendants,* | ) | |
| | ) | |
| and | ) | |
| | ) | |
| SOUTH FORK WIND, LLC, | ) | |
| | ) | |
| *Defendant-Intervenor.* | ) | |
| GREEN OCEANS, *et al.*, | ) | |
| | ) | |
| *Plaintiffs,* | ) | |
| | ) | |
| v. | ) | Case No.: 1:24-cv-01087-APM |
| | ) | |
| UNITED STATES DEPARTMENT OF THE INTERIOR, *et al.*, | ) ) | Hon. Amit P. Mehta |
| | ) | |
| *Defendants,* | ) | |

and                                          )
                                             )
SOUTH FORK WIND, LLC,                        )
                                             )
    *Defendant-Intervenor.*                    )
_____)

**Second Declaration of Elizabeth Vitton**

I, Elizabeth Vitton, under 28 U.S.C. § 1746, hereby declare:

1.     I, along with my husband, Michael Vitton are Plaintiffs in this suit. Together we own the property known as Indian Spring, 325 Ocean Drive, Newport, Rhode Island, which is located within the Ocean Drive Historic District. My husband owns, and I serve as the agent for, B2 LLC, which owns the carriage house on the property.

2.     I prepared a declaration that was submitted in Plaintiffs' Motion for Summary Judgment. I am supplementing my declaration with additional information. I also reviewed the Government and South Fork's briefs in support of their cross-motions for summary judgment.

3.     The Defendants are wrong when they claim that the turbines are too far away from Newport to be visible—I can see South Fork's turbines from my property both during the day and at night due to their lights. The open ocean view that I used to enjoy from my property no longer exists. The Government's approval of South Fork Wind is directly responsible for the destruction of my view.

4.     The following photographs were taken from my property on June 28, 2024 and they show just how visible the turbines are from my property in Newport:









5.    In these pictures, you can clearly see South Fork's turbines, which are already in operation. I believe that the value of Indian Spring has already decreased due to the construction and now operation of the twelve South Fork turbines. So much of my property's value is its connection to nature, offering a tranquil sanctuary to enjoy and reflect upon the unchanged ocean views. The view from my property is intrinsic to the siting and design by Richard Morris Hunt and Frederick Law Olmsted and is one of the main reasons Indian Spring is included in the Smithsonian Institution's Archives of American Gardens. With South Fork's turbines, the premium value from the view no longer exists. And my historic property's value will continue to decrease as more and more turbines are installed out in the ocean, cluttering the view with massive metal machines. The Government denied me the rights to which I am entitled under the Section 106 process in the National Historic Preservation Act and, consequentially, the value of my historic property has been, and will continue to be, detrimentally affected by the South Fork Wind turbines.

I declare under penalty of perjury that the foregoing is true and correct.

Elizabeth B.Vitton

boxSIGN    13KMK29W-1899TI9W

Elizabeth Vitton

Date Signed: Jul 10, 2024

6