# EXHIBIT 2

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| PRESERVATION SOCIETY OF NEWPORT COUNTY, | ) ) ) | |
| *Plaintiff*, | ) ) | |
| v. | ) ) | Case No.: 1:23-cv-03510-APM |
| DEB HAALAND, *et al.*, | ) ) | Hon. Amit P. Mehta |
| *Defendants*, | ) ) ) | |
| and | ) ) | |
| SOUTH FORK WIND, LLC, | ) ) | |
| *Defendant-Intervenor*. | ) ) ) | |
| SOUTHEAST LIGHTHOUSE FOUNDATION, | ) ) | |
| *Plaintiff*, | ) ) | |
| v. | ) ) | Case No.: 1:23-cv-03514-APM |
| DEB HAALAND, *et al.*, | ) ) | Hon. Amit P. Mehta |
| *Defendants*, | ) ) ) | |
| and | ) ) | |
| SOUTH FORK WIND, LLC, | ) ) | |
| *Defendant-Intervenor*. | ) ) ) | |
| GREEN OCEANS, *et al.*, | ) ) | |
| *Plaintiffs*, | ) ) | |
| v. | ) ) | Case No.: 1:24-cv-01087-APM |
| UNITED STATES DEPARTMENT OF THE INTERIOR, *et al.*, | ) ) ) ) | Hon. Amit P. Mehta |
| *Defendants*, | ) | |

| | |
|---|---|
| and | ) |
| | ) |
| SOUTH FORK WIND, LLC, | ) |
| | ) |
| *Defendant-Intervenor.* | ) |
| | ) |

**Second Declaration of Stephen Lewinstein**

I, Stephen Lewinstein, under 28 U.S.C. § 1746, hereby declare:

1. I am a named Plaintiff, and I am an owner of Waves S LLC, which owns 61 Ledge Road, Unit S, in Newport, Rhode Island. I am the manager of Alumni East Associates, which owns 57 Ledge Road, Unit 1, in Newport, Rhode Island. I am also the manager of EC Properties LLC, which owns 51 Ledge Road, 55 Ledge Road, and 0 Ledge Road in Newport, Rhode Island. In addition to the legal entities I manage, I own other units in The Waves property, including 61 Ledge Road Units G, I and J.

2. I prepared a declaration that was submitted in Plaintiffs' Motion for Summary Judgment. I am supplementing my declaration with additional information.

3. I reviewed the Defendants' motions and memorandum in support of summary judgment.

4. It is simply untrue that these turbines are not visible from Newport and I can clearly see South Fork's turbines from my property. I can see these turbines from my property during the day and at night. South Fork's construction and now operation, which occurred only after the Government issued its approval, has destroyed the historic, pristine ocean view that I have fought to protect and that I and my family have enjoyed for years.

5. South Fork's turbines have destroyed the unimpeded, historic, pristine ocean view that I and my family have enjoyed for years.

1

6. The following photographs were taken from my property on June 28, 2024 and they show just how visible the turbines are from my property in Newport:









7. These pictures reflect what my family and I now see when we look out into the ocean.

8. As discussed in my first declaration, I have spent upwards of ten million dollars to protect and preserve the pristine, untouched-by-humankind viewsheds that used to exist from my property and exist no longer. While The Waves has changed throughout the years, the one thing that never changed was the open-ocean view. The destruction of this view decreases my property's value because it destroys one of the most important, historically significant features of my home.

I declare under penalty of perjury that the foregoing is true and correct.

Stephen Lewinstein

Date Signed: Jul 10, 2024

7