# EXHIBIT 3

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| PRESERVATION SOCIETY OF NEWPORT COUNTY, | |
| *Plaintiff*, | |
| v. | Case No.: 1:23-cv-03510-APM |
| DEB HAALAND, *et al.*, | Hon. Amit P. Mehta |
| *Defendants*, | |
| and | |
| SOUTH FORK WIND, LLC, | |
| *Defendant-Intervenor*. | |
| SOUTHEAST LIGHTHOUSE FOUNDATION, | |
| *Plaintiff*, | |
| v. | Case No.: 1:23-cv-03514-APM |
| DEB HAALAND, *et al.*, | Hon. Amit P. Mehta |
| *Defendants*, | |
| and | |
| SOUTH FORK WIND, LLC, | |
| *Defendant-Intervenor*. | |
| GREEN OCEANS, *et al.*, | |
| *Plaintiffs*, | |
| v. | Case No.: 1:24-cv-01087-APM |
| UNITED STATES DEPARTMENT OF THE INTERIOR, *et al.*, | Hon. Amit P. Mehta |
| *Defendants*, | |

|  |  |
|---|---|
| and | ) |
|  | ) |
| SOUTH FORK WIND, LLC, | ) |
|  | ) |
| *Defendant-Intervenor*. | ) |
|  | ) |

**Second Declaration of Dee Gordon**

I, Dee Gordon, under 28 U.S.C. § 1746, hereby declare:

1. My husband, Richard Gordon, and I own the property known as High Tide, 81 Ocean Avenue, Newport, Rhode Island, which is located within the Ocean Drive Historic District and we are Plaintiffs in this case.

2. I prepared a declaration that was submitted in Plaintiffs' Motion for Summary Judgment. I am supplementing my declaration with additional information. I also reviewed the Government and South Fork's briefs in support of their cross-motion for summary judgment and am aware of the claims they make regarding my injuries and the injuries to my historic property.

3. Defendants are wrong by claiming that the turbines are not visible from my property. I can see South Fork Wind, and its twelve turbines, from my property. I can see South Fork's turbines during the day when it is clear and at night when the turbine lights are illuminated. These turbines, as constructed, have destroyed my previously unimpeded, pristine ocean view. The destruction of this view, and the impact to my property's value, stem directly from the Government's approval of South Fork and from the construction and now operation of South Fork Wind.

4. On June 28, 2024, several photographs were taken from my property. In each photograph, the turbines are quite visible:









5.	These pictures show just how visible these turbines are, and, much to my dismay, loom in the background.

6.	My beloved, historic view has been destroyed by the construction and now operation of South Fork Wind, degrading my enjoyment of my property and decreasing my property's value. My property is known for its view of the Narragansett Bay, Newport Harbor, and the Atlantic Ocean and part of its value came from the open ocean views. The placement of these twelve South Fork turbines, which are visible from my property, decreases my property's value because they destroy the historic open-ocean views that the property has had for more than 120 years.

I declare under penalty of perjury that the foregoing is true and correct.

_____
Dee Gordon

Date Signed: Jul 10, 2024

6