# EXHIBIT 4

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| PRESERVATION SOCIETY OF NEWPORT COUNTY, | ) ) ) | |
| *Plaintiff*, | ) ) | |
| v. | ) ) | Case No.: 1:23-cv-03510-APM |
| DEB HAALAND, *et al.*, | ) ) | Hon. Amit P. Mehta |
| *Defendants*, | ) ) ) | |
| and | ) ) | |
| SOUTH FORK WIND, LLC, | ) ) | |
| *Defendant-Intervenor*. | ) ) | |
| SOUTHEAST LIGHTHOUSE FOUNDATION, | ) ) | |
| *Plaintiff*, | ) ) | |
| v. | ) ) | Case No.: 1:23-cv-03514-APM |
| DEB HAALAND, *et al.*, | ) ) | Hon. Amit P. Mehta |
| *Defendants*, | ) ) ) | |
| and | ) ) | |
| SOUTH FORK WIND, LLC, | ) ) | |
| *Defendant-Intervenor*. | ) ) | |
| GREEN OCEANS, *et al.*, | ) ) | |
| *Plaintiffs*, | ) ) | |
| v. | ) ) | Case No.: 1:24-cv-01087-APM |
| UNITED STATES DEPARTMENT OF THE INTERIOR, *et al.*, | ) ) ) | Hon. Amit P. Mehta |
| *Defendants*, | ) | |

|  |  |
|---|---|
| and | ) |
|  | ) |
| SOUTH FORK WIND, LLC, | ) |
|  | ) |
| *Defendant-Intervenor.* | ) |
|  | ) |

## Second Declaration of Barbara Chapman

I, Barbara Chapman, under 28 U.S.C. § 1746, hereby declare:

1. I am a trustee of Green Oceans and am a member of Cornwall Lodge LLC, which is a Plaintiff in this suit. Cornwall Lodge LLC owns the property known as Cornwall Lodge, 205 Ocean Avenue, Newport, Rhode Island, which is located within the Ocean Drive Historic District.

2. I prepared a declaration that was submitted in Plaintiffs' Motion for Summary Judgment.

3. I have reviewed the Defendants' briefs in support of their cross-motions for summary judgment. Defendants are incorrect—I and my historic property have suffered injury from the Government's approval of South Fork Wind and the subsequent construction and now operation of the South Fork Wind Project.

4. As mentioned in my first declaration, part of my home's value as a historic property is that it is within a neighborhood that has unimpeded views of the ocean that have been unchanged since the Gilded Age. These properties, and the Ocean Drive neighborhood are nationally known for the views of the ocean and buyers pay a premium for historic properties with these views. Ocean Drive's value and the value of my home comes from the access to these unimpeded, unindustrialized ocean views and healthy, unindustrialized ocean environment. These properties' values also come from the unique ability to enjoy and view the natural environment and to see marine mammals, birds, bats, and other animals that call the ocean—or

1

nearby ocean habitats—home. South Fork's turbines, which are visible from many properties along Ocean Drive, destroy that historic viewshed, pose a critical threat to marine life and environments, and threaten the safety of boaters, sailors, and fishers and, in turn, significantly decrease the value of my property—and the other Ocean Drive properties.

5.  At no point in my home's nearly hundred-year history has the ocean view and ocean floor been changed in such a significant, seemingly irreversible way. No one had ever contemplated that this type of construction could ever be approved—let alone happen. People pay a premium to live along Ocean Drive so they can have access to views of the coastal waters and step back into a different world through architecture and scenery. Without easy access to these views, my property is not as valuable as it was before the turbines.

I declare under penalty of perjury that the foregoing is true and correct.



_____
Barbara Chapman

Date Signed: Jul 10, 2024

2