# EXHIBIT 5

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| PRESERVATION SOCIETY OF NEWPORT COUNTY, ) ) ) *Plaintiff*, ) ) v. ) ) DEB HAALAND, *et al.*, ) ) *Defendants*, ) ) and ) ) SOUTH FORK WIND, LLC, ) ) *Defendant-Intervenor*. ) | Case No.: 1:23-cv-03510-APM<br><br>Hon. Amit P. Mehta |
| SOUTHEAST LIGHTHOUSE FOUNDATION, ) ) *Plaintiff*, ) ) v. ) ) DEB HAALAND, *et al.*, ) ) *Defendants*, ) ) and ) ) SOUTH FORK WIND, LLC, ) ) *Defendant-Intervenor*. ) | Case No.: 1:23-cv-03514-APM<br><br>Hon. Amit P. Mehta |
| GREEN OCEANS, *et al.*, ) ) *Plaintiffs*, ) ) v. ) ) UNITED STATES DEPARTMENT OF THE INTERIOR, *et al.*, ) ) *Defendants*, ) | Case No.: 1:24-cv-01087-APM<br><br>Hon. Amit P. Mehta |

|  |  |
|---|---|
| and | ) |
|  | ) |
| SOUTH FORK WIND, LLC, | ) |
|  | ) |
| *Defendant-Intervenor*. | ) |
|  | ) |

**Second Declaration of Sandra Craig, Trustee for Veter et Nova Trust**

I, Sandra Craig, under 28 U.S.C. § 1746, hereby declare:

1. I am the sole trustee of Veter et Nova Trust, the owner of the property known as Stonybrook, located at 501 Indian Ave, Middletown R.I., in the Stonybrook Historic District and listed in the National Register of Historic Places in 2009.

2. I submitted a declaration in support of our Motion for Summary Judgment.

3. I have reviewed the Defendants' briefs and want to clarify and restate the injuries to my historic property caused by the Government's approval and South Fork's construction and operation.

4. It is not the case, as Defendants' incorrectly contend, that my injuries only stem from the other offshore wind projects and not South Fork. The construction of the twelve South Fork turbines has already negatively impacted my property's value and the historic viewshed. As mentioned in my first declaration, I reviewed and analyzed waterfront properties on Block Island to try and assess what these turbines would do to my property's value. What I found is that the presence of the turbines on Block Island—there are only five of them—reduced the value of waterfront properties significantly. Based on that, I believe that the twelve South Fork turbines already constructed have already reduced the value of my property. As turbines are added from other projects, my property's value will continue to decrease as the horizon becomes cluttered with more and more massive turbines.

2

5.     People pay a premium for ocean-front properties such as mine because of the historically open view. When the view is tainted and degraded by massive turbines, buyers will no longer be willing to pay a premium price for my property because the view that gives the home character no longer exists.  I have good reason to believe, as I previously stated, that the presence of South Fork's turbines, and the turbines from other nearby projects, will reduce the fair market value of my home by 50%.

I declare the foregoing to be true and correct under penalty of perjury.

*Sandra Craig*
_____
Sandra Craig, Trustee for Veter et Nova Trust

Date Signed: Jul 9, 2024

2