# EXHIBIT 7

# Ocean Wind 1
## Tourism



**Supporting our coastal economy through resiliency measures and combatting climate change**

Ocean Wind 1 is uniquely positioned to play an important role in combatting the effects of climate change, which will affect New Jersey's coastal communities at risk from rising sea levels.

Tourism is a significant industry in the state and its coastal communities. In 2019, 116 million people visited New Jersey. In addition to attracting so many visitors, New Jersey's coastal municipalities have been increasing in popularity as year-round homes for residents, thereby increasing the demand for energy and other needed services.

The development of offshore wind projects, such as Ocean Wind 1 — the 1,100 MW offshore wind farm being developed 15 miles off the coast of southern New Jersey by Ørsted and PSEG — can respond to some of these trends and demands and do so in harmony with natural resources, residents, and visitors to New Jersey's shoreline.

**Commitment to shore communities and tourism**

Ørsted and PSEG are committed to the preservation and growth of the Jersey Shore for generations to come. Ocean Wind 1 understands the value of the shore from an economic and cultural standpoint. That's one of the reasons Ocean Wind 1 was moved back to 15 miles offshore. At this distance, Ocean Wind 1 will be faintly visible on the clearest of days or appear to be the same height as four pennies stacked on top of one another.

We will continue to work cooperatively with federal, state and most importantly local officials to ensure that Ocean Wind 1 can deliver clean energy while delivering benefits to New Jersey's shoreline communities. This includes continuing and expanding discussions and conversations with representatives of tourism, environmental organizations, the fishing community and other ocean users to create a safe and attractive environment for expanded fishing and sightseeing excursions.

 oceanwind.com      info@oceanwind.com     @OrstedUS      Ocean Wind — An Ørsted & PSEG project

**Public support of offshore wind is strong throughout New Jersey — including shore towns**

An independent survey found very favorable attitudes towards offshore wind from residents across New Jersey.

- More than 80% of New Jersey voters favor expanding wind energy in the state.
- More than 73% of voters agree that offshore wind will have a positive impact on the environment.
- A survey of beachfront property owners in Atlantic, Cape May and Ocean counties found that they are nearly as supportive of offshore wind (70%) as those who do not live on the beach (75%).
- More than 70% of voters say they vacation at the Jersey Shore and 85% of those would still continue to vacation there with wind turbines 15 miles off the coast.
- 75% of New Jersey voters think that tourism in the Jersey Shore communities would stay the same or even increase as a result of wind turbines off the coast of Atlantic City.[1]

**Increased tourism near existing offshore wind farm**

- Researchers at the University of Rhode Island found that turbines at the Block Island Wind Farm in Rhode Island have been linked to increased tourism on the island, as evidenced by summer rental trends from AirBnB.[2]
- A study published in the Journal Energy Policy and conducted in part by the Center for Research in Wind at the University of Delaware found that only 10% of respondents said that the sight of wind turbines would detract from their beach experience.[3]
- Offshore wind farms have proven to be attractive for sightseeing tours and represent a significant opportunity in the rapidly growing ecotourism sector of the hospitality division.

Sources:
1. Bellweather Research and Consulting Survey of 600 interviews statewide in NJ with an additional 250 interviews in Atlantic, Cape May and Ocean Counties, March 10 – 17, 2020.
2. Sustainability and tourism: the effect of the United States' first offshore wind farm on the vacation rental market, Resource and Energy Economics Journal, Volume 57, August 2019.
3. The effect of offshore wind power projects on recreational beach use on the east coast of the United States: Evidence from contingent-behavior data, Energy Policy Journal, Volume 144, September 2020.

# About Ocean Wind 1

Ocean Wind 1 is an 1,110 MW offshore wind project by Ørsted and PSEG that will provide enough clean energy to power 500,000 New Jersey homes. To learn more visit oceanwind.com.

The Ørsted vision is a world that runs entirely on green energy. In the United States, Ørsted operates the Block Island Wind Farm, America's first offshore wind farm, and constructed the two-turbine Coastal Virginia Offshore Wind pilot project — the first turbines to be installed in federal waters. Ørsted has secured over 4,000 megawatts of additional capacity through six projects in the Northeast and Mid-Atlantic. To learn more visit us.orsted.com or follow us on Facebook, Instagram and Twitter @OrstedUS.

Public Service Enterprise Group Inc. (PSEG) (NYSE: PEG) is a publicly traded diversified energy company with approximately 13,000 employees. Headquartered in Newark, N.J., PSEG's principal operating subsidiaries are: Public Service Electric and Gas Co. (PSE&G), PSEG Power and PSEG Long Island. PSEG is a Fortune 500 company included in the S&P 500 Index and has been named to the Dow Jones Sustainability Index for North America for 13 consecutive years To learn more visit https://corporate.pseg.com.

 oceanwind.com      info@oceanwind.com      @OrstedUS     

Ocean Wind
An Ørsted & PSEG project