**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| PRESERVATION SOCIETY OF NEWPORT COUNTY, | ) | |
| | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| v. | ) | Case No.: 1:23-cv-03510-APM |
| | ) | |
| DEB HAALAND, *et al.*, | ) | Case No.: 1:23-cv-03514-APM |
| | ) | |
| *Defendants,* | ) | Case No.: 1:24-cv-01087-APM |
| | ) | |
| and | ) | |
| | ) | |
| SOUTH FORK WIND, LLC, | ) | |
| | ) | |
| *Defendant-Intervenor.* | ) | |
| | ) | |

**FEDERAL DEFENDANTS' NOTICE OF JOINDER IN MOTION TO STAY BRIEFING ON *GREEN OCEANS* PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT**

Federal Defendants hereby provide notice that they join Defendant-Intervenor South Fork Wind, LLC's Motion to Stay Briefing on *Green Oceans* Plaintiffs' Motion for Partial Summary Judgment or, Alternatively, for Extension of Time to File Opposition to Plaintiffs' Motion (ECF No. 66) ("Motion to Stay"). Federal Defendants moved to dismiss the *Green Oceans* Plaintiffs' Complaint for multiple reasons, including standing but also, *inter alia*, because certain of Plaintiffs' claims are time-barred, are moot, or fail to state a claim upon which relief can be granted. *See* ECF No. 52-1. Plaintiffs responded by filing an opposition to the motions to dismiss (ECF No. 65), but also moved for partial summary judgment (ECF No. 64) at the same time. Plaintiffs' Motion for Partial Summary Judgment ("Plaintiffs' Motion") asks the Court to determine whether the *Green Oceans* Plaintiffs have standing to raise their claims. ECF No. 64-1.

1

Federal Defendants submit that the Court should rule on the pending motions to dismiss the *Green Oceans* complaints (ECF Nos. 52, 53) before Defendants respond to Plaintiff's Motion for Partial Summary Judgment.  In the alternative, Federal Defendants request that the Court grant them additional time to respond to Plaintiffs' Motion.

Staying briefing on Plaintiffs' Motion would potentially conserve the Court's and the parties' resources and provide for a more efficient and orderly resolution of the case.  The Court's resolution of the motions to dismiss may dispose some or all of Plaintiffs' claims.  The standard for demonstrating standing is lower at the pleading stage.  *See, e.g.*, *Nat'l Whistleblower Ctr. v. Dep't of Health & Hum. Servs.*, 839 F. Supp. 2d 40, 46 (D.D.C. 2012).  Thus, if the Court finds that Plaintiffs have failed to demonstrate standing at even the lower pleading-stage standard, it could dismiss the Complaint in its entirety and need not address whether Plaintiffs could meet the higher summary-judgment standard.

In addition, Plaintiffs' Motion addresses standing on a claim-by-claim basis, *see* ECF No. 64-1 at 3–40.  Thus, if the Court finds in ruling on Defendants' motions to dismiss that it is appropriate to dismiss some or all of Plaintiffs' claims for reasons other than standing, it would eliminate the need for Defendants or the Court to address those claims in responding to Plaintiffs' Motion.  It would therefore be a better use of the parties' and the Court's time and resources to wait for resolution of the motions to dismiss before briefing Plaintiffs' Motion.

In the alternative, Federal Defendants request that the Court extend the deadline to respond to Plaintiffs' Motion to October 17, 2024.  Federal Defendants need additional time to review Plaintiffs' Motion, which is 42 pages long and includes 16 declarations.  Additional time is particularly necessary because Federal Defendants' reply brief in support of their Motion to Dismiss is due on September 27, 2024.

For the foregoing reasons, Federal Defendants join South Fork Wind's Motion to Stay and request that this Court stay briefing on Plaintiffs' Motion or, in the alternative, extend the deadline to respond to Plaintiffs' Motion to October 17, 2024.

Respectfully submitted this 4th day of September, 2024,

TODD KIM
Assistant Attorney General
Environment & Natural Resources Division
U.S. Department of Justice


*/s Devon Lehman McCune*
DEVON LEHMAN McCUNE
United States Department of Justice
Environment & Natural Resources Division
Natural Resources Section
999 18th St., S. Terrace, Suite 370
Denver, CO 80202
Tel: 303-844-1487
Email: devon.mccune@usdoj.gov

ESOSA AIMUFUA
United States Department of Justice
Environment & Natural Resources Division
Natural Resources Section
P.O. Box 7611
Washington, DC 20044-7611
Tel: 202-532-3818
Email: Esosa.Aimufua@usdoj.gov

SARAH IZFAR
United States Department of Justice
Environment & Natural Resources Division
Environmental Defense Section
P.O. Box 7611
Washington, DC 20044-7611
Tel: 202-305-0498
Email: sarah.izfar@usdoj.gov

MICHELLE M. Spatz
United States Department of Justice
Environment & Natural Resources Division
Wildlife and Marine Resources Section
P.O. Box 7611

3

Washington, DC 20044-7611
Tel: 202-598-9741
Email: michelle.spatz@usdoj.gov

*Attorneys for Federal Defendants*