**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| PRESERVATION SOCIETY OF NEWPORT COUNTY, ) ) ) Plaintiff, ) ) v. ) ) DEB HAALAND, et al., ) ) Defendants, ) ) and ) ) SOUTH FORK WIND, LLC, ) ) Defendant-Intervenor. ) | Case No. 1:23-cv-03510-APM Hon. Amit P. Mehta |
| SOUTHEAST LIGHTHOUSE FOUNDATION, ) ) Plaintiff, ) ) v. ) ) DEB HAALAND, et al., ) ) Defendants, ) ) and ) ) SOUTH FORK WIND, LLC, ) ) Defendant-Intervenor. ) | Case No. 1:23-cv-03514-APM Hon. Amit P. Mehta |
| GREEN OCEANS, et al., ) ) Plaintiff, ) ) v. ) ) UNITED STATES DEPARTMENT OF THE INTERIOR, et al., ) ) | Case No. 1:24-cv-01087-APM Hon. Amit P. Mehta |

|  |  |
|---|---|
| Defendants, | ) |
| | ) |
| and | ) |
| | ) |
| SOUTH FORK WIND, LLC, | ) |
| | ) |
| Defendant-Intervenor. | ) |
| | ) |

**PLAINTIFFS PRESERVATION SOCIETY OF NEWPORT COUNTY AND SOUTHEAST LIGHTHOUSE FOUNDATION'S OPPOSED MOTION FOR RECONSIDERATION OF ORDER VACATING ORAL ARGUMENTS, OR IN THE ALTERNATIVE, FOR LEAVE TO SUMMIT LIMITED SUPPLEMENTAL BRIEFING**

Plaintiffs Preservation Society of Newport County ("PSNC") and Southeast Lighthouse Foundation ("SELF") respectfully request that the Court reconsider its February 9, 2026, Order vacating oral argument scheduled for February 13, 2026, or, in the alternative, permit limited supplemental briefing addressing developments that have arisen during the pendency of this matter.

Plaintiffs PSNC and SELF fully recognize that oral argument is committed to the Court's discretion, and they raise this request solely out of concern that the unusual procedural history and changed factual and policy landscape of this case may benefit from limited clarification before the Court rules on the pending dispositive motions.

This action has been pending for approximately eight hundred and ten (810) days. During that time, Plaintiffs have not appeared before the Court. Oral argument was previously scheduled and rescheduled twice—neither time at the request of Plaintiff PSNC or Plaintiff SELF. The most recent round of dispositive briefing regarding Plaintiffs PSNC and SELF's claims concluded in **August 2024**.

Since that time, several material developments have occurred, including:

- The offshore wind project that was contemplated at the time Plaintiffs filed suit is now **fully constructed and operational**, altering the remedial and practical context of Plaintiffs' National Environmental Policy Act ("NEPA") and National Historic Preservation Act ("NHPA") claims, moving the issues from predictive harms to concrete impacts;

- There have been **significant changes in federal policy and agency leadership** following the change in administration, with implications for Federal Defendants' positions and asserted rationales; and

- The passage of time has sharpened issues concerning mootness, remedy, and the legal consequences of post-approval construction in ways that were not—and could not have been—fully briefed when the motions were filed.

Plaintiffs PSNC and SELF do not suggest that oral argument would necessarily alter the Court's ultimate resolution. Rather, Plaintiffs respectfully submit that argument would assist the Court in navigating the intersection of these developments with the existing administrative record and governing precedent, as well as allow the parties to address questions that could not have been anticipated when briefing concluded.

Pursuant to Local Rule 7(m), Plaintiffs PSNC and SELF conferred or attempted to confer with all other parties prior to filing this Motion on February 10, 2026. Defendant-Intervenor South Fork Wind, LLC, opposes this Motion. Federal Defendants and Plaintiff Green Oceans take no position on the motion.

If the Court does not wish to reinstate oral argument, Plaintiffs PSNC and SELF alternatively request leave to submit **limited supplemental briefing** addressing the post-briefing developments described above, on a schedule the Court deems appropriate.

Plaintiffs PSNC and SELF make this request with full respect for the Court's discretion and with the sole aim of ensuring that the Court has the benefit of the most current and complete context before resolving the pending motions.

Respectfully submitted,

/s/ Gregory Alan Werkheiser
GREGORY ALAN WERKHEISER
BAR ID VA210
CULTURAL HERITAGE PARTNERS, PLLC
1811 East Grace Street, Suite A
Richmond, VA 23223
Tel: (202) 567-7594
greg@culturalheritagepartners.com

MARION FORSYTH WERKHEISER
BAR No. 486465
CULTURAL HERITAGE PARTNERS, PLLC
1811 East Grace Street, Suite A
Richmond, VA 23223
Tel: (202) 567-7594
marion@culturalheritagepartners.com

KATHERINE LEE SORRELL
BAR No. TX0109
CULTURAL HERITAGE PARTNERS, PLLC
1811 East Grace Street, Suite A
Richmond, VA 23223
Tel: (202) 567-7594
katherine@culturalheritagepartners.com

*Attorneys for the Preservation Society of Newport County and the Southeast Lighthouse Foundation*

Dated: February 10, 2026