**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| PRESERVATION SOCIETY OF NEWPORT COUNTY,<br>        *Plaintiff*,<br><br>    v.<br><br>DOUG BURGUM *et al.*,<br>        *Defendants*,<br><br>    and<br><br>SOUTH FORK WIND, LLC,<br>        *Defendant-Intervenor*. | Case No.:  1:23-cv-03510-APM |
| SOUTHEAST LIGHTHOUSE FOUNDATION,<br>        *Plaintiff*,<br><br>    v.<br><br>DOUG BURGUM, *et al.*,<br>        *Defendants*,<br><br>    and<br><br>SOUTH FORK WIND, LLC,<br>        *Defendant-Intervenor*. | Case No.:  1:23-cv-03514-APM |
| GREEN OCEANS, *et al.*,<br>        *Plaintiffs*,<br><br>    v.<br><br>UNITED STATES DEPARTMENT OF THE INTERIOR, *et al.,*<br>        *Defendants*,<br><br>    and<br><br>SOUTH FORK WIND, LLC,<br>        *Defendant-Intervenor*. | Case No.:  1:24-cv-01087-APM |

**Joint Status Report and Joint Stipulation**

Pursuant to the Court's March 20, 2026 Order, Dkt. 100, the *Green Oceans, et al.* Plaintiffs ("Green Oceans Plaintiffs"), Federal Defendant U.S. Army Corps of Engineers, and Defendant-Intervenor South Fork Wind, LLC ("South Fork Wind" and jointly "the Parties")[1] respectfully submit this Joint Status Report and Joint Stipulation.  This Court directed the Green Oceans Plaintiffs and Defendants to meet and confer and, by March 27, 2026, submit a Joint Status Report that proposes a schedule for summary judgment briefing on the remaining Clean Water Act Claim. *Id.*  However, on March 23, 2026, counsel for Green Oceans Plaintiffs filed a motion to withdraw as counsel of record for all Green Oceans Plaintiffs, indicating that substitute counsel had not yet been obtained.  Dkt. 101.  The Parties have met and conferred and, in light of Green Oceans Plaintiffs' ongoing process to identify substitute counsel, the Parties hereby stipulate to the following, subject to approval by this Court:

1. This case will be held in abeyance for sixty (60) days, and all pending deadlines, including Federal Defendant's and South Fork Wind's deadlines on April 3, 2026 to answer, will be stayed.

2. At the end of the sixty (60) days, the parties will meet and confer and file a joint status report on or before May 29, 2026, indicating whether Green Oceans Plaintiffs intend to proceed with their claim and, if so, proposing a schedule for all remaining deadlines in the case.

A proposed order, establishing the foregoing schedule is attached hereto.

---

[1] The Court granted summary judgment, dismissing all claims brought by Plaintiffs Preservation Society of Newport County and Southeast Lighthouse Foundation.  *See* Dkt. 100.  The Court also granted motions to dismiss all claims against other Federal Defendants, leaving only the Clean Water Act claim against the U.S. Army Corps of Engineers.  *Id.*

1

Dated:  March 27, 2026

Respectfully submitted,

*s/ Janice M. Schneider*
Janice M. Schneider (D.C. Bar No. 472037)
Stacey L. VanBelleghem (D.C. Bar No. 988144)
Devin M. O'Connor (D.C. Bar No. 1015632)
LATHAM & WATKINS LLP
555 11th Street NW, Suite 1000
Washington, D.C. 20004
Tel: (202) 637-2200
Fax: (202) 637-2201
Email: janice.schneider@lw.com
        stacey.vanbelleghem@lw.com
        devin.o'connor@lw.com

*Counsel for Defendant-Intervenor*
*South Fork Wind, LLC*


ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General

*s/ Sarah Izfar (with permission)*
SARAH IZFAR
U.S. Department of Justice
Environment and Natural Resources Division
Environmental Defense Section
P.O. Box 7611
Washington, D.C. 20044
(202) 532-3050
Sarah.izfar@usdoj.gov

*Counsel for Federal Defendants*


*s/ Roger J. Marzulla (with permission)*
Roger J. Marzulla, Bar No. 394907
Nancie G. Marzulla, Bar No. 400985
Mollie A. Jackowski, Bar No. 1780535
Marzulla Law, LLC
1150 Connecticut Ave., NW
 Suite 1050
Washington, DC 20036
Tel: (202) 822-6760
roger@marzulla.com
nancie@marzulla.com

2

mollie@marzulla.com

*Counsel for Green Oceans Plaintiffs*

3