## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PRESERVATION SOCIETY OF NEWPORT COUNTY,<br> *Plaintiff*,<br><br>   v.<br><br>DOUG BURGUM *et al.*,<br>   *Defendants*,<br><br>  and<br><br>SOUTH FORK WIND, LLC,<br>   *Defendant-Intervenor*. | Case No.:  1:23-cv-03510-APM |
| SOUTHEAST LIGHTHOUSE FOUNDATION,<br>   *Plaintiff*,<br><br>   v.<br><br>DOUG BURGUM, *et al.*,<br>   *Defendants*,<br><br>  and<br><br>SOUTH FORK WIND, LLC,<br>   *Defendant-Intervenor*. | Case No.:  1:23-cv-03514-APM |
| GREEN OCEANS, *et al.*,<br>   *Plaintiffs*,<br><br>   v.<br><br>UNITED STATES DEPARTMENT OF THE INTERIOR, *et al.,*<br>   *Defendants*,<br><br>  and<br><br>SOUTH FORK WIND, LLC,<br>   *Defendant-Intervenor*. | Case No.:  1:24-cv-01087-APM |

## [PROPOSED] ORDER

Upon consideration of the *Green Oceans, et al.* Plaintiffs, Federal Defendant U.S. Army Corps of Engineers, and Defendant-Intervenor South Fork Wind, LLC's (collectively "the Parties") Joint Stipulation, and for good cause shown,

IT IS HEREBY ORDERED that the Parties' Joint Stipulation, is GRANTED.

1. This case shall be held in abeyance for sixty (60) days, and all pending deadlines, including Federal Defendant's and South Fork Wind's deadlines to answer on April 3, 2026, shall be stayed.

2. At the end of the sixty (60) days, the parties shall meet and confer and file a joint status report on or before May 29, 2026, indicating whether Green Oceans Plaintiffs intend to proceed with their claim and, if so, proposing a schedule for all remaining deadlines in the case.

SO ORDERED on this _____ day of _____, 2026.

_____
Amit P. Mehta
United States District Judge

1