**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| PRESERVATION SOCIETY OF NEWPORT COUNTY,<br>Plaintiff,<br>v.<br><br>DOUG BURGUM,[1] et al.,<br>Defendants,<br>and<br><br>SOUTH FORK WIND, LLC,<br>Defendant-Intervenor. | Case No.: 1:23-cv-03510-APM |
| SOUTHEAST LIGHTHOUSE FOUNDATION,<br>Plaintiff,<br>v.<br><br>DOUG BURGUM, et al.,<br>Defendants,<br>and<br><br>SOUTH FORK WIND, LLC,<br>Defendant-Intervenor. | Case No.: 1:23-cv-03514-APM |
| GREEN OCEANS, et al.,<br>Plaintiffs,<br>v.<br><br>UNITED STATES DEPARTMENT OF THE INTERIOR, et al.,<br>Defendants,<br>and<br><br>SOUTH FORK WIND, LLC,<br>Defendant-Intervenor. | Case No.: 1:24-cv-01087-APM |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

[1] Doug Burgum is the current Secretary of the Interior and is automatically substituted as a defendant under Fed. R. Civ. P. 25(d).

Per Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiffs Green Oceans et al. ("Green Oceans Plaintiffs")[2], Federal Defendants, including the United States Army Corps of Engineers, and Defendant-Intervenor South Fork Wind, LLC ("South Fork Wind") (collectively "Parties") jointly stipulate to the dismissal with prejudice of this action.[3] This dismissal includes the Green Oceans Plaintiffs' remaining claims under the Clean Water Act (CWA) (Count VII) and Administrative Procedure Act (APA) (Count I) to the extent it relates to the CWA, the only claims remaining after the Court's March 20, 2026 Memorandum Opinion and Order (ECF No. 100).

Each Party shall bear its own attorneys' fees, costs, and expenses.

A proposed order dismissing the action accordingly is attached hereto.

GREEN OCEANS PLAINTIFFS,

_/s/ Daniel I. Lampke_
Robert W. Stetson, Esq. (*pro hac vice*)
Daniel I. Lampke, Esq. (*pro hac vice*)
Bernkopf Goodman LLP
2 Seaport Lane, 9th floor
Boston, Massachusetts 02210
(617) 790-3323
(617) 790-3482
Fax: (617) 790-3300
rstetson@bernkopflegal.com
dlampke@bernkopflegal.com

Dated: October 23, 2026

DEFENDANT-INTERVENOR
SOUTH FORK WIND, LLC,

_/s/ Stacey L. VanBelleghem_
_(by DIL with authorization)_
Janice M. Schneider (D.C. Bar No. 472037)
Stacey L. VanBelleghem (D.C. Bar No. 988144)
Devin M. O'Connor (D.C. Bar No. 1015632)
LATHAM & WATKINS LLP
555 11th Street NW, Suite 1000
Washington, D.C. 20004
Tel: (202) 637-2200
Fax: (202) 637-2201
janice.schneider@lw.com
stacey.vanbelleghem@lw.com
devin.o'connor@lw.com

Dated: October 23, 2026

---

[2] Green Oceans Plaintiffs do not include Plaintiffs Save Right Whales Coalition, Lisa Foley, Ralph Craft, Mary Cushing Coleman, Karen Blanchard, or Panagakis Family Trust (Randy Panagakis) who have neither secured substitute counsel per this Court's May 22, 2026 Order, ECF No. 110, or otherwise appeared in this case under the Local Rules. Thus, these former Plaintiffs are no longer part of this action for purposes of this voluntary dismissal by stipulation under Rule 41(a)(1)(A)(ii).

[3] Plaintiffs' other claims, as well as all claims in the two cases consolidated with this action, were disposed of in their entirety per this Court's March 20, 2026 Memorandum Opinion and Order (ECF No. 100) granting Defendants' motions for summary judgment and motions to dismiss (in part).

FEDERAL DEFENDANTS,

*/s/ Sarah B. Williams*
*(by DIL with authorization)*
Sarah B. Williams (D.C. Bar No. 1006622)
Environmental Defense Section
Energy & Natural Resources Division
U.S. Department of Justice
150 M St. NE
Washington, D.C. 20002
Tel: (202) 598-9728
Fax: (202) 616-2426
sarah.williams@usdoj.gov

Dated: October 23, 2026