**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| PRESERVATION SOCIETY OF NEWPORT COUNTY,<br>Plaintiff,<br>v.<br><br>DOUG BURGUM,[1] et al.,<br>Defendants,<br>and<br><br>SOUTH FORK WIND, LLC,<br>Defendant-Intervenor. | Case No.: 1:23-cv-03510-APM |
| SOUTHEAST LIGHTHOUSE FOUNDATION,<br>Plaintiff,<br>v.<br><br>DOUG BURGUM, et al.,<br>Defendants,<br>and<br><br>SOUTH FORK WIND, LLC,<br>Defendant-Intervenor. | Case No.: 1:23-cv-03514-APM |
| GREEN OCEANS, et al.,<br>Plaintiffs,<br>v.<br><br>UNITED STATES DEPARTMENT OF THE INTERIOR, et al.,<br>Defendants,<br>and<br><br>SOUTH FORK WIND, LLC,<br>Defendant-Intervenor. | Case No.: 1:24-cv-01087-APM |

**[PROPOSED] ORDER OF DISMISSAL**

[1] Doug Burgum is the current Secretary of the Interior and is automatically substituted as a defendant under Fed. R. Civ. P. 25(d).

Upon consideration of the Green Oceans, et al. Plaintiffs ("Green Oceans Plaintiffs")[2], Federal Defendants, including the United States Army Corps of Engineers, and Defendant-Intervenor South Fork Wind, LLC's ("South Fork Wind") (collectively "Parties") Joint Stipulation of Dismissal with Prejudice, and for good cause shown,

IT IS HEREBY ORDERED that this action is dismissed with prejudice. This dismissal includes the Green Oceans Plaintiffs' remaining claims under the Clean Water Act (CWA) (Count VII) and Administrative Procedure Act (APA) (Count I) to the extent it relates to the CWA, the only claims remaining after the Court's March 20, 2026 Memorandum Opinion and Order (ECF No. 100). Each party shall bear its own attorneys' fees, costs, and expenses.

SO ORDERED on this ____ day of ___________, 2026.

______________________________
Amit P. Mehta
United States District Judge

[2] Green Oceans Plaintiffs do not include Plaintiffs Save Right Whales Coalition, Lisa Foley, Ralph Craft, Mary Cushing Coleman, Karen Blanchard, or Panagakis Family Trust (Randy Panagakis) who have neither secured substitute counsel per this Court's May 22, 2026 Order, ECF No. 110, or otherwise appeared in this case under the Local Rules. Thus, these former Plaintiffs are no longer part of this action for purposes of this voluntary dismissal by stipulation under Rule 41(a)(1)(A)(ii). Additionally, these former Plaintiffs' addresses were also filed under seal, *see* ECF No. 35, ECF No. 101 at 8, and thus they have not been included as parties to be notified of this order pursuant to Local Rule 7(k).

**NAMES OF PERSONS TO BE SERVED**
**WITH PROPOSED ORDER UPON ENTRY**

In accordance with Local Civil Rule 7(k), below are the names and addresses of persons entitled to be notified of entry of the above proposed order:

Robert W. Stetson, Esq.
Daniel I. Lampke, Esq.
Bernkopf Goodman LLP
2 Seaport Lane, 9th floor
Boston, Massachusetts 02210
(617) 790-3323
(617) 790-3482

Sarah B. Williams
Environmental Defense Section
Energy & Natural Resources Division
U.S. Department of Justice
150 M St. NE
Washington, D.C. 20002
(202) 598-9728

Janice M. Schneider
Stacey L. VanBelleghem
Devin M. O'Connor
LATHAM & WATKINS LLP
555 11th Street NW, Suite 1000
Washington, D.C. 20004
(202) 637-2200